**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:
June Youll Kim                                          Case # 15-11208-BFK

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                                   AMOUNT

JUNE YOULL KIM                                          $702.55
17651 Main Street
Dumfries, VA  22026


Dated:      February 29, 2016          __/s/Thomas P. Gorman_____
                                       Thomas P. Gorman
                                       300 North Washington Street, Ste. 400
                                       Alexandria, VA 22314
                                       (703) 836-2226
                                       VSB#26421